No. 79–6849.   CARTER v. MITCHELL, WARDEN, ET AL.
C. A. 4th Cir.   Certiorari denied.

No. 79–6850.   ORTIZ v. HARRIS, CORRECTIONAL SUPERIN-
TENDENT.   C. A. 2d Cir.   Certiorari denied.

No. 79–6851.   EYLER v. UNITED STATES.   C. A. 3d Cir.
Certiorari denied.

No. 79–6852.   KRZEMINSKI v. PERINI, CORRECTIONAL SU-
PERINTENDENT.   C. A. 6th Cir.   Certiorari denied.

No. 79–6855.   LEWIS v. SOUTH CAROLINA.   Sup. Ct. S. C.
Certiorari denied.

No. 79–6857.   CROSBY v. UNITED STATES DEPARTMENT OF
THE AIR FORCE ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 79–6859.   SMITH v. DIRECTOR, CALIFORNIA DEPART-
MENT OF CORRECTIONS.   C. A. 9th Cir.   Certiorari denied.

No. 79–6861.   MARATTY v. KENTUCKY.   Sup. Ct. Ky.
Certiorari denied.

No. 79–6863.   ANTILL v. UNITED STATES.   C. A. 5th Cir.
Certiorari denied.

No. 79–6864.   CARROLL v. INDIANA.   Sup. Ct. Ind.   Cer-
tiorari denied.

No. 79–6865.   CARTER v. ADMINISTRATIVE JUDGES OF THE
SUPREME COURT OF NEW YORK, KINGS COUNTY, ET AL.   C. A.
2d Cir.   Certiorari denied.